## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

To: THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
Dena Hanovic Palermo
515 Rusk Street
Houston, TX 77002

From: Heather-Ann:Campos, Secured Party
4014 Hidden Winds Drive
Spring, TX 77386

United States Courts
Southern District of Texas
FILED

JUL 28 2022

Nathan Ochsner, Clerk of Court

**4:22-CR-33-01**

Date: 07/25/2022

**CERTIFIED MAIL: 7022 0410 0002 0568 8991**

RE: Case No.: 2:22-MJ-00122-DAO

**PUBLIC DEFENDER TERMINATION**

**CEASE AND DESIST CONTRACT ATTEMPTS TO INCLUDE ATTEMPTS OF A PUBLIC DEFENDER CONTRACT IN CASE NO.: 2:22-MJ-00122-DAO.**

IGNORANCE IS NOT A DEFENSE AND THE ACTIONS OF THIS COURT HAVE PROVEN TO BE VERY IGNORANT.

THIS FICTIONAL COURT SHOULD STOP INCURRING LIABILITIES AND SUCCUMB TO THE INEVITABLE. AS THE SUPERIOR JURISDICTION ONLY PREVAILS.

In God We Trust
In Honor,

By: *[signatures]*
on behalf
Hethy Campos
by POA

Heather-Ann:Campos
**Secured Party Creditor**
(Texas Secretary of State U.C.C.1 00210050187276)
Authorized Rep for HEATHER ANN CAMPOS
WITHOUT PREJUDICE U.C.C.1-308 Jus soli (of the soil)
ALL RIGHTS RESERVED.

Page 1 of 2

- Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent -
This notice of PUBLIC DEFENDER TERMINATION should be taken under advisement.

Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

Texas       }
            } ss.
Tarrant County }

JURAT

For the purpose of verification only, on the 26th day of July, 2022, Heather-Ann:Campos personally appeared before me and proved to me based on satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he executed the same.

Subscribed and affirmed before me this day,

Witness my hand and seal this 26th day for the month of July, in the year Two Thousand and Twenty-Two, A.D.

Signature of Notary Penny A Cummings

Address of Notary 224 W. Campbell Rd STE 218 Richardson, TX 75080

My Notary Expires 05-07-2024

SEAL

PENNY A. CUMMINGS
Notary Public, State of Texas
Comm. Expires 05-07-2024
Notary ID 132469309

